So Ordered.
/s/ Patricia A. Gaughan
3/7/12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARSHA KELLY, | ) | CASE NO. 1:12-CV-00512 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF DISMISSAL WITHOUT |
| DAVID BROOKS, et al., | ) | PREJUDICE |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Marsha Kelly, through counsel, hereby dismisses any and all claims as to Defendants without prejudice to refiling.

Respectfully Submitted,

*/s/ Christopher P. Thorman*
CHRISTOPHER P. THORMAN (0056013)
cthorman@thllaw.com

THORMAN HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 207
Cleveland, Ohio 44113
P: 216-621-9767
F: 216-621-3422

*Counsel for Plaintiff*